UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

COREY HOWELL,

    Plaintiff,

v.                                            Case No. 3:20-cv-1014-BJD-PDB

E. PEREZ-LUGO, A. ROBINSON,
and M. TOMLINSON,

    Defendants.
_____

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Corey Howell initiated this action on September 10, 2020, by filing a pro se Civil Rights Complaint (Doc. 1). On October 13, 2020, the Court directed Plaintiff to file an amended complaint and provide service copies by November 18, 2020. See Order (Doc. 8). Plaintiff failed to comply or request additional time within which to do so.

Therefore, the Court directed Plaintiff to show cause, by January 8, 2021, why this case should not be dismissed for his failure to comply with the Court's Order or otherwise prosecute the case. See Order to Show Cause (Doc. 9). The Court advised Plaintiff that his failure to timely comply may result in the dismissal of this case without further notice. See id. (citing Rule 3.10, Local Rules, United States District Court for the Middle District of Florida). Plaintiff

again failed to comply but filed an unsigned request to amend and an unsigned letter requesting access to medical assistance (Docs. 10, 11). The Court struck the unsigned filings for failure to include an original signature and failure to be in the form of a motion, but the Court sua sponte extended the deadline for Plaintiff to comply with the Order to Show Cause until February 19, 2021. See Order (Doc. 12). On February 8, 2021, Plaintiff filed another letter to the Court (Doc. 13), in which he appeared to request copies. The Court struck the letter because it was not in the form of a motion but directed the Clerk to provide Plaintiff with a civil rights complaint form and copies of his unsigned filings. See Order (Doc. 15).

In prosecuting this action, Plaintiff is responsible for complying with this Court's Orders. However, as of the date of this Order, Plaintiff has neither complied with the Court's Orders (Docs. 8, 9, 12), explained his noncompliance, nor requested additional time to comply. Given that the designated time to comply with the Court's Orders passed on February 19, 2021, this Court concludes that the dismissal of this case is appropriate at this time.

Accordingly, it is now

**ORDERED AND ADJUDGED:**

1. This case is **DISMISSED without prejudice** for Plaintiff's lack of prosecution.

2. The **Clerk of Court** shall enter judgment dismissing this case, terminate any pending motions, and close the case.

**DONE AND ORDERED** at Jacksonville, Florida, this 15th day of March, 2021.

_____
BRIAN J. DAVIS
United States District Judge

caw 3/12
c:
Corey Howell, #J56416